UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Roshelle E. Davis       Case No. 09-11485
                               Chapter  13

### RELIEF FROM STAY WORKSHEET   REAL ESTATE

I __David Goss__ (Name and Title) of **Saxon Special Servicing as servicer for FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC** (Name of Organization/Corporation/Moving Party) (hereinafter, Movant ) hereby declare (or certify, verify, or state):

### BACKGROUND INFORMATION

1. Real property address which is the subject of this motion: 9 Enterprise Street, Providence, RI 02904.

2. Lender Name: FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC.

3. Date of Mortgage: January 12, 2007

4. Post-Petition payment address:

   Saxon Special Services
   Attention: Cashiering
   P.O. Box 630799
   Irving, TX 75063-0799

5. The manner in which the movant perfected its interest in the property: **By the recording of a mortgage (security instrument).**

6. All other material liens and encumbrances on the property:

   Second mortgage in favor of Resurgent Capital Services, LP in the amount of $57,434.52.

### DEBT/VALUE REPRESENTATIONS

7. Total pre-petition and post-petition indebtedness of Debtor(s) to Movant at the time of filing the motion: **$ 231,796.14 as 11/17/2010** (Note: this amount may not be relied on as a payoff quotation.)

8. Movant s estimated market value of the real property: $ 202,000.00

9. Source of estimated valuation: Debtor's Schedules

## STATUS OF DEBT AS OF THE PETITION DATE

10. Total pre-petition indebtedness of Debtor(s) to Movant as of petition filing date:

    **$231,046.34 - For breakdown please see Claim Number 8, which is incorporated herein by reference.**

    A.  Amount of principal: $

    B.  Amount of interest: $

    C.  Amount of escrow (taxes and insurance): $

    D.  Amount of forced placed insurance expended by Movant: $

    E.  Amount of Attorney s fees billed to Debtor(s) pre-petition: $

    F.  Amount of pre-petition late fees, if any, billed to Debtor(s): $

11. Contractual interest rate: 7.125% (If interest rate is (or was) adjustable, please list the rate(s) and dates(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: **Fixed Rate**)

12. Please explain any additional pre-petition fees, charges or amounts charged to Debtor s/Debtor s account and not listed above:

## AMOUNT OF ALLEGED POST-PETITION DEFAULT (AS OF 8/19/2010)

13. Date last payment was received: October 14, 2010

14. Alleged total number of payments post-petition from filing of petition through payment due on 11/01/2010: 2

15. Please list all post-petition payments alleged to be in default:

### SCHEDULE OF PAYMENTS THAT WERE DUE:

| Date Payment Due | Payment Amount due Post Petition |
| --- | --- |
| 10/01/2010 | 1,762.72 |
| 11/01/2010 | 1,762.72 |
|  |  |
|  |  |
|  |  |
| Totals | $3,525.44 |

## SCHEDULE OF PAYMENTS THAT WERE RECEIVED

| Date | Amount Received | Amount Applied to Principal and Interest | Amount applied to Escrow | Late Fee Charged (if any) | Amount applied to suspence |
|---|---|---|---|---|---|
| 6/12/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 7/14/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 8/11/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 8/17/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 9/14/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 10/13/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 11/16/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 12/23/09 | 1,735.43 | 1,462.84 | 272.59 | | |
| 1/11/10 | 1,735.43 | 1,462.84 | 272.59 | | |
| 2/09/10 | 1,735.43 | 1,462.84 | 272.59 | | |
| 3/11/10 | 1,735.43 | 1,462.84 | 272.59 | | |
| 4/16/10 | 1,735.43 | 1,462.84 | 272.59 | | |
| 5/27/10 | 1,735.43 | 1,462.84 | 272.59 | | |
| 7/14/10 | 1,762.72 | 1,462.84 | 299.88 | | |
| 8/17/10 | 1,762.72 | 1,462.84 | 299.88 | | |
| 9/15/10 | 1,762.72 | 1,462.84 | 299.88 | | |
| 10/14/10 | 1,762.72 | 1,462.84 | 299.88 | | |
| | | | | | |
| Totals: | $29,611.47 | $24,868.28 | $4,743.19 | $ | $ |

16. Amount of Movant s Attorneys fees billed to Debtor for the preparation, filing and prosecution of this motion: $ 650.00 + $150 Title search fee

17. Amount of Movant s filing fee for this motion: $ 150.00

18. Other Attorney s fees billed to Debtor post-petition: $ 0

19. Amount of Movant s post-petition inspection fees: $ 0

20. Amount of Movant s post-petition appraisal/broker s price opinion: $ 0

21. Amount of forced placed insurance or insurance provided by the Movant post-petition: $ 0

22. Sum held in suspense by Movant in connection with this contract, if applicable: $ 93.77

23. Amount of other post-petition advances or charges: i.e., taxes, insurance incurred by Debtor, etc.: $ 0

24. Amount and date of post-petition payments offered by the debtor and refused by the Movant: **No payments refused**

## REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1) Copies of documents that indicate Movant s interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibit A, B, & C)

(2) Copies of documents establishing proof of standing to bring this Motion. (Exhibit A, B, & C)

(3) Copies of documents establishing that Movant s interest in the real property was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk s Office or the Register of the county the property is located in. (Exhibit A, B, & C)

## CERTIFICATION AND DECLARATION FOR BUSINESS RECORDS

I certify that the information provided in this worksheet and/or exhibits attached to this worksheet is derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, were kept in the course of the regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

I further certify that copies of any transactional documents attached to this worksheet as required by paragraphs 1, 2, and 3, immediately above, are true and accurate copies of the original documents, I further certify that the original documents are in movant s possession, except as follows: _____ .

I/we declare (or certify, swear, affirm, verify or state) that the foregoing is true and correct.

Executed on __11/30/10__ [date]

_____
[signature]

Assistant Vice President
[title]

Subscribed and sworn to before me this __11/30/10__ [date]

_____
Notary Public:[name] Amber Rose Kincaid
My commission Expires: __8/14/13__ [date]

AMBER ROSE KINCAID
Notary Public, State of Texas
My Commission Expires
August 14, 2013

Roshelle Davis    9 Enterprise Street, Providence, RI 02904 306747-219bk