UNITED STATES BANKRUPTCY COURT           Form D to Appendix IX
FOR THE DISTRICT OF RHODE ISLAND

In Re:  Roshelle E. Davis                Case No.  09-11485
                                         Chapter   13

### PROPOSED LOAN MODIFICATION AGREEMENT

Now comes the debtor(s), Roshelle E. Davis and Creditor, FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, in the above-reference matter and propose a loan modification agreement regarding the debtor's property located at: 9 Enterprise Street, Providence, RI  02904, as follows:

| **Current Terms** |  | **Proposed Modified Terms** |  |
|---|---|---|---|
| Current UPB | $227,105.63 | Modified UPB | $ 232,239.01 |
| Current Maturity Date | 02/01/2037 | Modified Mortgage Term | 03/01/2037 |
| Current Interest Rate | 7.125% | Interest Rate | 5.25% Fixed |
| Current Payment Due Date | 03/01/11 | Post Modification Due Date | 6/01/2011 |
| Current P & I | $1462.84 | Post Modification P & I | $1,372.14 |
| Current Payment Amount | $1698.77 | Estimated Modified Payment Amount | $1,608.07 |
| Amount Capitalizing | $5,133.38 | Contribution Required | $0.00 |

Creditor is entitled to recover its attorney's fees and costs from Debtor in the amount of $1,450.00 incurred in connection with this bankruptcy proceeding.


Signature of Debtor/Attorney                Signature of Creditor/Attorney

/s/ Edward J. Gomes                         /s/ Joseph M. Dolben

Date: 5/04/2011                             Date: 5/04/2011