UNITED STATES BANKRUPTCY COURT

DISTRICT OF RHODE ISLAND

**In re** Roshelle E. Davis;            **Case No.** 09-11485

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC | SN Servicing Corporation agent for Citigroup Global Markets Realty Corporation |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**

FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
c/o AMS Servicing, LLC
3374 Walden Avenue #120
Depew NY 14043

**Court Claim # (if known):** 8
**Amount of Claim:** 231,046.34
**Date Claim Filed:** 06/18/2009

**Phone:** _____          **Phone:** _____

**Last Four Digits of Acct #:** XXXXXX7455     **Last Four Digits of Acct #:** XXXXXX3555

**Name and Address where transferee payments should be sent (if different from above):**

FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC
c/o AMS Servicing, LLC
3374 Walden Avenue #120
Depew NY 14043

**Phone:** _____
**Last Four Digits of Acct #:** XXXXXX7455

I declare under penalty and perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/ Diane German          Date: 4/6/12
     Diane German
Transferee/Transferee`s Agent

/s/ Andrew Goldberg
Andrew Goldberg

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via first class mail on the following parties:

Edward J. Gomes, Esq.
91 Friendship St Ste 3
Providence, RI 02903-3837

John Boyajian , Esq.
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906


April 12, 2012

/s/Loni Abramowitz
Loni Abramowitz