```
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    ROSHELLE E DAVIS                                BK-09-11485
           Debtor(s)                               CHAPTER 13

                    NOTICE OF FINAL CURE PAYMENT

     Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: FV-I, Inc. c/o AMS Servicing
Trustee Claim #: 8
Last 4 digits of any number used to identify
  the Debtor's account: 7455

Final Cure Amount:
     Amount of Allowed Pre-petition Arrearage: $1,954.85
     Amount Paid by Trustee:                   $  437.51
     Amount paid prior to loan modification. Payments made to
     SN Servicing, original creditor. Claim transferred to FV-I,
     Inc. 4/12/2012

Monthly Ongoing Mortgage Payment is Paid:
    __ Through the Chapter 13 Trustee conduit
     x Directly by the Debtor

     Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code §1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: August 21, 2013        Respectfully submitted,

                                    /s/John Boyajian
                                    John Boyajian, Trustee
                                    Boyajian, Harrington & Richardson
                                    182 Waterman Street
                                    Providence, RI 02906
                                    Tel:(401) 273-9600
                                    Fax:(401) 273-9605

## CERTIFICATION

I hereby certify that a copy of the within Notice was mailed, postage prepaid, to Roshelle Davis, 9 Enterprise St., Providence, RI 02904 and FV-I, Inc., c/o AMS Servicing, LLC, 3374 Walden Ave., #120, Depew, NY 14043 and electronically mailed to Edward Gomes, Esq. at attyejg@yahoo.com and Nicholas Barrett, Esq. at pat@nbalaw.com on August 21, 2013.

/s/ Martha Hunt